AMERICAN GYPSUM COMPANY v. UNITED STATES GYPSUM COMPANY.

No. 5392.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1930.

Richey & Watts, of Cleveland, Ohio, for appellant.

Bates, Golrick & Teare, of Cleveland, Ohio, and Jones, Addington, Ames & Seibold, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal dismissed by court order.